FILED
CLERK U.S. DISTRICT COURT

SEP 1 6 2022

CENTRAL DISTRICT OF CALIFORNIA
BY                                    DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 2:13-cr-91-TJH |
| Plaintiff, | ) ) | ORDER OF DETENTION AFTER HEARING (Fed.R.Crim.P. 32.1(a)(6) |
| v. | ) ) | 18 U.S.C. § 3143(a) Allegations of Violations of |
| Jeffrey Aguilar, | ) ) | Probation/Supervised Release Conditions) |
| Defendant. | ) ) | |

On arrest warrant issued by the United States District Court for

the _____CDCA_____ involving alleged violations of

conditions of probation/supervised release:

    1.    The court finds that no condition or combination of

        conditions will reasonably assure:

        A.    ( ✓ ) the appearance of defendant as required; and/or

        B.    ( ✓ ) the safety of any person or the community.

///

///

///

///

///

2.   The Court concludes:

A.   ( ✓ )  Defendant has failed to demonstrate by clear and
          convincing evidence that he is not likely to pose
          a risk to the safety of any other persons or the
          community.  Defendant poses a risk to the safety
          of other persons or the community based on:

          _____

          _____

          _____

          _____

          _____

B.   ( ✓ )  Defendant has failed to demonstrate by clear and
          convincing evidence that he is not likely to flee
          if released.  Defendant poses a flight risk based
          on: _____

          _____

          _____

          _____

          _____

     IT IS ORDERED that defendant be detained.

DATED:   9/16/2022

                              _____
                              HONORABLE JACQUELINE CHOOLJIAN
                              United States Magistrate Judge

2